UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CERTIFICATION OF JUDGMENT 00-024354-CK
OAKLAND COUNTY, MICHIGAN,

Case No. 05-X-72282

INTERCONTINENTAL ELECTRONICS, SPA,

HONORABLE DENISE PAGE HOOD

    Plaintiff,

    v.

AMERICAN KEYBOARD PRODUCTS, INC.,

    Defendant.
_____/

**ORDER SETTING ASIDE ORDER TO SHOW CAUSE**
**and**
**CLOSING MISCELLANEOUS MATTER**

Petitioner, having filed a Notice of Voluntary Dismissal in this matter,

IT IS ORDERED that the Order to Show Cause issued on August 15, 2005 is SET ASIDE and this matter is CLOSED.

                                                                         /s/ DENISE PAGE HOOD
                                                                         DENISE PAGE HOOD
DATED:  August 31, 2005             United States District Judge